IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

UNITED STATES OF AMERICA
*ex rel.* KELLY ANCAR,

        Plaintiff/Relator

vs.

THE EVANGELICAL LUTHERAN
GOOD SAMARITAN SOCIETY, et al.,

        Defendants

Case No. 4:24-CV-04172-ECS

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the False Claims Act 31 U.S.C. § 3730(b)(1), Relator Kelly Ancar hereby voluntarily dismisses this matter without prejudice as to herself and without prejudice to the United States of America. Defendant has not served an answer or motion for summary judgment in this action. This dismissal is subject to the consent of the United States pursuant to 31 U.S.C. § 3730(b)(1). Relator understands that the United States consents and will file a separate notice of consent.

June 11, 2025

Respectfully submitted,

_____
Michael D. Sharp
THE SHARP FIRM, PROF. LLC
143 N. 3rd Street
Emery, South Dakota 47332
Phone: (605) 550-3000
Email: office@thesharpfirm.com

Joseph M. Callow, Jr.*
Gregory M. Utter
CALLOW + UTTER LAW GROUP
8044 Montgomery Road, Suite 170
Cincinnati, Ohio 45236
Phone: (513) 378-0141
jcallow@callowandutter.com
gmutter@callowandutter.com

Joel D. Hesch
THE HESCH FIRM, LLC
1162 Boardwalk Drive
Moneta, Virginia 24121
Phone: (434) 229-8677
joel@howtoreportfraud.com

*Attorneys for Plaintiff/Relator, Kelly Ancar*