UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KELLY ANCAR,<br><br>Plaintiff/Relator,<br><br>v.<br><br>THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY and JOHN DOES INDIVIDUALS OR ENTITIES 1-10,<br><br>Defendants. | CIV. 24-04172<br><br>**FILED UNDER SEAL**<br><br>**UNITED STATES' NOTICE OF CONSENT TO DISMISSAL** |

On June 12, 2025, Relator, Kelly Ancar, filed a Notice of Voluntary Dismissal [Without Prejudice] of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that it consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The United States requests that the Relator's Complaint, the Relator's Notice of Voluntary Dismissal [Without Prejudice], this Notice, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated this 12th day of June, 2025.

        ALISON J. RAMSDELL
        United States Attorney

        */s/ Alexis Warner*
        ALEXIS A. WARNER
        Assistant U.S. Attorney
        PO Box 2638
        Sioux Falls, SD 57101-2638
        Phone: 605.330-4400
        Fax: 605.330.4402
        Alexis.Warner@usdoj.gov